Robert R. Baker, appellant, v. William H. Baker et al. appellees. Gen. No. 39,182.

Heard in the third division of this court for the first district at the October term, 1936. Opinion filed June 30, 1937.

Campbell, Clithero & Fischer and Kirkland, Fleming, Green, Martin & Ellis, for appellant; Delbert A. Clithero, Weymouth Kirkland, Vernon M. Welsh and Georges Dapples, of counsel. Gustav E. Beerly,

for appellee John E. Scully; John F. Diffenderffer, Jr. and Harold L. Eisenstein, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.